STATE OF CONNECTICUT *v.* LENWOOD SAUNDERS
(9564)

O'CONNELL, NORCOTT and HEIMAN, JS.

Argued September 27—decision released October 22, 1991

*Beth A. Merkin,* assistant public defender, for the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Mary Elizabeth Baran,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.